UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Adam Lee Sterling,

           Plaintiff,

vs.                               ORDER ADOPTING THE
                                    REPORT AND RECOMMENDATION

Hennepin County, et al.,

           Defendant.         Civ. No. 14-3349 (ADM/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**

    1.     The complaint [ECF No. 1] is SUMMARILY DISMISSED under 28 U.S.C. § 1915(e)(2)(B)(ii).

    2.     Plaintiff Adam Lee Sterling's motion for unspecified relief [ECF No. 5] is DENIED AS MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY.

                                                        s/Ann D. Montgomery
                                                        Ann D. Montgomery, Judge
DATED: November 6, 2014                          United States District Court
At Minneapolis, Minnesota